IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES EUGENE THORNTON II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 04-BE-2528-E |
| | ) |
| THE CITY OF BIRMINGHAM, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 19, 2006 recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b)(1) and/or (2).  Objections were filed by plaintiff on July 6, 2006, which continues in the irrational vein of his earlier filing.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and plaintiff's objections thereto, the Court is of the opinion that the magistrate judge's findings is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, plaintiff's objections are due to be overruled and the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 12th day of July, 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE